| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| SHOSHANA RAPHAEL (SBN 312254) <br> ZACKS, FREEDMAN & PATTERSON, PC <br> 601 Montgomery Street, Suite 400 <br> San Francisco, CA 94111 <br> Tel: (415) 956-8100 <br> Fax: (415) 288-9755 <br> shoshana@zfplaw.com | CLEAR FORM |
| ATTORNEY(S) FOR: Defendant Judith Raphael | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Anthony Bouyer, <br><br> Plaintiff(s), <br><br> v. <br><br> Eli Raphael and Judith Raphael, individually and as trustees of the Raphael Family Trust Dated May 7, 1985; and DOES 1-10, inclusive, <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:20-cv-07953-JFW-KS <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Judith Raphael, individually and as trustee_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ANTHONY BOUYER, an individual | Plaintiff |
| Judith Raphael | Defendant |

| March 26, 2021 | /s/ Shoshana Raphael |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant

CV-30 (05/13)                                NOTICE OF INTERESTED PARTIES

**PROOF OF SERVICE**
United States District Court—Central District of California
Case No.: 2:20-cv-07953-JFW-KS

I, Angelica Nguyen, declare that:

I am employed in the County of San Francisco, State of California. I am over the age of 18, and am not a party to this action. My business address is 601 Montgomery Street, Suite 400, San Francisco, California 94111.

On **March 26, 2021**, I served:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

in said cause addressed as follows:

Joseph R. Manning Jr.
Craig Cote
Manning Law APC
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
DisabilityRights@manninglawoffice.com
craigc@manninglawoffice.com
_____

/XX/   **(BY MAIL)** By placing a true copy thereof enclosed in a sealed envelope. I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Francisco, California, following ordinary business practices.

/XX/   **(BY ELECTRONIC SERVICE)** Based on a court order or an agreement of the parties to accept electronic service, I caused the said document to be served electronically through the CM/ECS System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **March 26, 2021** at San Francisco, California.

_____
ANGELICA NGUYEN

PROOF OF SERVICE