JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ELI RAPHAEL and JUDITH RAPAHEL, individually and as trustees of the RAPHAEL FAMILY TRUST DATED MAY 7, 1985; ~~and DOES 1x10, inclusive~~,<br><br>    Defendants. | Case No. 2:20-cv-07953-JFW-KSx<br><br>**[~~PROPOSED~~] ORDER DISMISSAL WITH PREJUDICE** |

1
[~~PROPOSED~~] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Judith Raphael, individually and as trustee ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: July 13, 2021

_____
UNITED STATES DISTRICT JUDGE

2
[~~PROPOSED~~] ORDER
DISMISSAL WITH PREJUDICE